UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20390-CR-WILLIAMS

UNITED STATES OF AMERICA

vs.

LUIS ALBERTO RIVERO,

      **Defendant.**

_____/

## STIPULATED FACTUAL PROFFER

If this matter were to proceed to trial, the Government would prove the stated facts beyond a reasonable doubt. The Parties agree that these facts, which do not include all facts known to the Government and the Defendant, are sufficient to prove the Defendant's guilt for Conspiracy to Offer and Pay Illegal Kickbacks in violation of Title 18, United States Code, Sections 371 and Title 42, United States Code, Section 1320a-7b(b)(2)(B).

As charged in the Indictment, from in or around February 2018, and continuing through in or around May 2023, in the Southern District of Florida, and elsewhere, the Defendant LUIS ALBERTO RIVERO ("RIVERO") did willfully, that is, with the intent to further the objects of the conspiracy, conspire and agree with Individual 1, JOSE DAVILA NUNEZ ("DAVILA), and JESUS ROJAS ("ROJAS") to offer and pay illegal kickbacks and bribes for Medicaid recipients to attend three clinics to receive PSR services.

During this time, Medicaid paid these clinics (Davila Medical Center, Inc., Advanced Community Wellness Center, and Larkin Behavior Health, Inc.) a total of approximately $12,236,043 for PSR services (including all mental health services) purportedly provided to the recruited Medicaid recipients. Of this $12,236,043 received, approximately $11,899,968 was payment for the specific PSR services therapy sessions (billed in 15-minute increments). *See chart below.*

| Clinic | Medicaid Payments for 15-minute increments of mental health treatment | Time Period | Owner |
|---|---|---|---|
| Davila Medical Center | $7,215,312 | July 2018 to December 2021 | DAVILA |
| Advanced Community | $3,443,736 | November 2018 to September 2020 | L.M.R. (LUIS RIVERO's father) |
| Larkin Behavior | $1,240,920 | January 2020 to December 2022 | J.R.O. (JESUS ROJAS' father) |
| Total | $11,899,968 | | |

Some Medicaid recipients would receive as much as $500 per month for attending their 16 hours of therapy per week. The groups could be up to 12 people and were held for 4 hours per day and 4 days per week. In this way, Medicaid would pay approximately $27,648 per month for one therapy group which was led by one therapist.

Assuming that for every month of treatment of 12 Medicare recipients at each clinic, that each recipient was paid $500 yields an improper benefit of $6000 ($500 kickback x 12 patients). $27,648 divided by $6000 yields a kickback percentage of 22%. 22% of the total amount paid out by these three clinics of $11,899,968 is $2,617,992. Thus, the Government and the defendant jointly agree that the improper benefit in this case is $2,617,992.

The Government's witness testimony would establish that the Defendant DAVILA was the leader of the conspiracy. Defendant LUIS ALBERTO RIVERO was directed by DAVILA. RIVERO would recruit patients to attend the various clinics controlled by DAVILA.

The witness testimony and the clinic records would demonstrate that DAVILA controlled Davila Medical Center, Inc., Advanced Community Wellness Center, and Larkin Behavior Health, Inc. and that RIVERO would share in the profits from these clinics with DAVILA. DAVILA exercised decision-making authority and retained a greater profit than RIVERO or

ROJAS. RIVERO was involved in all three clinics while ROJAS was only involved in one clinic. RIVERO would use his network of contacts to find patients for DAVILA's clinics.

More than five participants were aware that patients were being paid at the clinics and besides DAVILA, RIVERO, ROJAS, and CW1, other employees and drivers would make the kickback payments to the mental health patients.

### Anticipated testimony of Cooperating Witness #1

CW1 approached law enforcement with information about the ongoing kickback conspiracy in September 2021. CW1 was the administrator of Advanced Community. CW1 met DAVILA through RIVERO in 2018. DAVILA and RIVERO offered CW1 money to start an HMO and recruit 100 patients and DAVILA paid CW1 $15,000. CW1 indicated that DAVILA paid most of the money to establish Advanced Community ($150,000) and that CW1 invested $30,000. RIVERO's father, L.M.R. (age 68) was installed as the nominee owner for Advanced Community (because of CW1's criminal record) and L.M.R. was paid 15%-20% for being the face of the company.

CW1 would further testify that RIVERO was known as "El Guara" and that he was the "right hand man" for DAVILA in finding patients.

CW1 indicated that he saw DAVILA pay kickbacks to patients of $400-$500 per month and that DAVILA directed CW1 and others to also pay kickbacks. CW1 admitted to paying patients for attending treatment at Advanced Community. CW1 indicated that DAVILA controlled the bank accounts for Advanced Community. DAVILA would write CW1 checks from Advanced Community and DAVILA's other companies and ask him to return 30% to DAVILA as cash, keep 30% for himself, and use the remainder of the money (40%) to pay kickbacks in cash.

CW1 successfully recorded calls with DAVILA and conducted recorded meetings with Defendant LUIS ALBERTO RIVERO and with the Defendant JESUS ROJAS. These calls contained discussions of CW1 potentially being paid as a patient recruiter for referring more patients to DAVILA's clinics to receive PSR services.

**CW1's February 1, 2022 Controlled Meeting at Larkin with JESUS ROJAS**

On February 1, 2022, CW1 records a meeting inside Larkin Behavior. CW1 arranges with LUIS RIVERO to be introduced to JESUS ROJAS. Inside CW1 small talks with other staff and also with another male individual, Target #1 (target of another health care fraud investigation), and finally speaks to JESUS ROJAS about details inside his office.

When CW1 asks how much they pay the patients at Larkin Behavior, JESUS ROJAS indicates "we do not do it that way anymore, we do it through cards now instead of cash." He explains that these cards can be used for OTC medications and that it is "legal, legal" and he refers to a health insurance called "Bright" that provides incentives to Medicaid recipients. JESUS ROJAS criticizes DAVILA to CW1 saying "this guy has only been here five years, has a big house and a flashy car and attracts a lot of attention." JESUS ROJAS says that DAVILA is the one that law enforcement will go after not a person like him.

CW1 states that DAVILA is "shameless" and that he does not understand why he is not in prison, and ROJAS says it is because DAVILA is a "snitch."

JESUS ROJAS indicates that CW1 can bring patients to Larkin Behavior those patients will receive $200 every treatment cycle. During this February 1, 2022 meeting, agents observed a Black Porsche Cayenne that was registered to JESUS ROJAS parked at Larkin Behavior.

In recorded follow up calls after the meeting, CW1 pushes JESUS ROJAS indicating on February 9, 2022, that other places are paying $600 per month per patient (rather than the $200 per month that ROJAS is offering), and ROJAS essentially responds in Spanish "good for them" they

can stick over there and do not need to come here (Larkin Behavior).

In a later call (on February 17, 2022), ROJAS seems more suspicious and is hesitant to talk about the psychologists used in the clinic over the phone and states that CW1 needs to come over to the clinic for them to talk in person.

### CW1's February 16, 2022 Lunch Meeting with LUIS ALBERTO RIVERO at a Miami Restaurant

On February 16, 2022, CW1 meets RIVERO at La Carreta restaurant in Miami, Florida. RIVERO responds what do you need patients for? You did not do the other thing with the "young guy" that I told you about. Why are you asking about new stuff now? CW1 dismisses these complaints.

CW1 says that he still wants to do business and complains about being paid too little for bringing patients and indicates that another clinic was only paying his patients a $200 kickback for receiving treatment there. CW1 says that he has 7 patients ready to be referred. After CW1 complains for a while, RIVERO responds angrily that he has called CW1 numerous times but that CW1 does not call back. Ultimately, RIVERO responds that if CW1 wants "400 he will give him 400." (referring to the kickback that CW1 would receive as "broker").

In addition, CW1 and RIVERO discuss in "coded talk" a patient list that CW1 wants to acquire for $2,000 on behalf of a female from RIVERO. RIVERO indicates that the "young guy" can get the patients from a computer and provide them tomorrow if they meet back at La Carreta. CW1 indicates that the lady (who is buying the list) has given him $2,000 "for this." (Agents had provided CW1 with $2000 in cash for this meeting in the hopes that RIVERO would complete the transaction) but the transaction was never finalized.

Over the next 2 days, RIVERO and CW1 keep rescheduling the meeting for CW1 to buy the patient list. CW1 says in a February 18, 2022 call that "the lady is driving him crazy, she wants

to bill on Monday." On March 31, 2022, RIVERO tells CW1 that he is "alone in the business down south" (a clinic) and he wants CW1 to bring the "Bright patients with him." (This is again a reference to the recruitment of 7 patients to a clinic).

On April 3, 2022, RIVERO indicates that "Wichi" has received a fine from Medicaid for $60,000 and CW1 advises him to get an attorney. On April 7, 2022, CW1 again asks RIVERO if he has a copy of the list. On April 8, 2022, RIVERO tells CW1 that he will give him the "memory" (thumb drive) that has 500 (patient names). CW1 asks for the price. They attempt to coordinate a meeting date but never meet.

### Advanced Community Wellness Center

Cooperating witness #1 (CW1) served as the administrator of Advanced Community Wellness Center, a Florida corporation located at 20 West 49th Street, Suite A, Hialeah, Florida that purported to provide medically necessary PSR services to Medicaid recipients.

Advanced Community purported to provide medically necessary PSR services (group mental health therapy) to Medicaid recipients that were necessary and appropriate. It was enrolled in the name of RIVERO's father, L.M.R., on August 19, 2019. RIVERO was not eligible to enroll with Medicaid a clinic owner because of his prior criminal history. In 2019, L.M.R. was age 68.

From October 2018 up until September 2020, Medicaid paid Advanced Community approximately $3,443,736 for psychosocial rehabilitation services (PSR services) provided to Medicaid recipients in 15-minute increments. These claims were submitted on behalf of 215 distinct Medicaid recipients.

### Larkin Behavior Health, Inc.

JESUS ROJAS served as the administrator of one clinic, Larkin Behavior Health, Inc. ("Larkin Behavior") a Florida corporation located at 10550 NW 77th Court, Suite 401 and 402, Hialeah Gardens, Florida.

Larkin Behavior purported to provide medically necessary PSR services (group mental health therapy) to Medicaid recipients that were necessary and appropriate. It was enrolled in the name of ROJAS' father, J.R.O. on December 26, 2019. ROJAS was not eligible to enroll with Medicaid a clinic owner because of his prior criminal history. In 2019, J.R.O. (age 68 at the time) had no prior experience owning a medical clinic.

**Claims Data and Financial Records**

From January 2020 up until July 2022, Medicaid paid Larkin Behavior approximately $1,240,920 for psychosocial rehabilitation services (PSR services) provided to Medicaid recipients in 15-minute increments. These claims were submitted on behalf of 114 distinct Medicaid recipients.

**Medicaid Recipients Receiving Kickbacks At Advanced Community**

**Recipient 1:** On or about June 27, 2019, DAVILA, LUIS ALBERTO RIVERO, and CW1 caused Medicaid recipient O.U. to receive a cash kickback of approximately $350 in exchange for obtaining PSR services for four weeks at Advanced Community. O.U. identified a photo of CW1 as the person who ran Advanced and paid her the kickback. Advanced Community received a total of $27,351 from Medicaid for treating O.U.

**Recipient 2:** On or about May 5, 2019, DAVILA caused L.R. to be referred from Davila Medical Center to Advanced Community. On or about June 5, 2019, DAVILA, LUIS ALBERTO RIVERO, and CW1 caused Medicaid recipient L.R. to receive a cash kickback of approximately $400 in exchange for obtaining PSR services for four weeks at Advanced Community. L.R. identified a photo of CW1 as the person who ran Advanced and paid her the kickback and identified a photo of DAVILA as the individual that other patients told her "oversaw everything." Advanced Community received a total of $27,932 from Medicaid for treating L.R.

The parties agree and stipulate that, for purposes of any forfeiture money judgment, based on the financial records reviewed related to the clinics, LUIS RIVERO received, directly and indirectly through companies and family members, at least $1,096,679 in gross proceeds traceable to the offense in Count 1.

The Government can also offer Medicaid claims data, bank records, corporate records, witness testimony, and other evidence which supports this factual proffer. This factual proffer is not a recitation of all facts that could be proved if this matter were to proceed to trial but just a recitation of the facts deemed sufficient for this guilty plea.

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

Date: APRIL 23, 2024    By: _____
                             TIMOTHY J. ABRAHAM
                             ASSISTANT UNITED STATES ATTORNEY

Date: 4/30/24           By: _____
                             RAMON SARMIENTO
                             ATTORNEY FOR THE DEFENDANT

Date: 4/30/24           By: _____
                             LUIS ALBERTO RIVERO
                             DEFENDANT